1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

10

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>    Plaintiff,<br>vs.<br><br>TACO BELL #9581, ANK PROPERTIES, LLC, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:  5:18-CV-00504<br><br>**ORDER EXTENDING TIME TO DISMISS THE ACTION**<br><br>Dismissal due: May 29, 2018<br>New deadline to file dismissal: June 13, 2018 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER                                                                                                                 1

1

2      GOOD CAUSE APPEARING, the Parties shall have an additional 15 days, or until

3 June 13, 2018, to file a dismissal of all claims in this action.

4

5 Dated:  May 31, 2018

6                                     The Hon. Jesus G. Bernal

7                                     Judge of the United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER      2